WETZLER *v.* THE STATE.

To sustain an information for engaging in common labor on Sunday, by selling unlawfully two gills of spiritous liquor, which were sold by the defendant's agent in his bar-room, it should appear that the defendant was present, or had some knowledge of the selling when it was being done.

Treadway v. Cobb.

APPEAL from the *Ripley* Common Pleas.

*Per Curiam.*—The information charges that *Wetzler*, "on the first day of the week, commonly called *Sunday*, being the 20th of *January*, 1861, &c., &c., was found at common labor, unlawfully, to-wit: selling three gills of spirituous liquor to one *Green Durbin*," &c. The evidence shows that the liquor was sold in the defendant's bar-room, by his bar-keeper; but there was no evidence tending to show that the defendant was present when the sale was made, or had any knowledge whatever of the selling when it was done. The evidence is plainly insufficient to sustain the conviction. *Hipp* v. *The State*, 5 Blackf. 144.

The judgment is reversed with costs.

*H. W. Harrington*, for the appellant.